IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:24-CR-00358 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE TIMOTHY J. KELLY |
| -vs- | : | |
| | : | |
| CLAY NORRIS, | : | **RESPONSE TO NON-COMPLIANCE** |
| | : | **REPORT** |
| Defendant. | : | |

  A pretrial status report was filed on August 8, 2024 (Doc. 17) indicating non-compliance in the above referenced matter.

    Undersigned counsel contacted United States Pretrial Services Officer Jaynice Harden from the United States District Court for the District of Columbia, Nicholas Ayers and Cierra Motley, both from the United States Probation and Pretrial Services for the District of Ohio to inquire about the non-compliance and to clarify the course of action for Mr. Norris. After consulting with the aforementioned probation officers and Summit Psychological Associates, Mr. Norris signed up for drug counseling.

    The consensus of the parties is that Mr. Norris is now in compliance. At the same time, we understand that United States Probation will be requesting that Mr. Norris' conditions of release be modified, and Mr. Norris has no objection to that modification. As a result, we request this violation request be vacated at this time.

                                          Respectfully submitted,

                                          STEPHEN C. NEWMAN
                                          Federal Public Defender
                                          Ohio Bar: 0051928

                    */s/ Alvaro L. DeCola*
ALVARO L. DeCOLA
Assistant Federal Public Defender
Ohio Bar: 0087656
50 S. Main Street, Ste. 700
Akron, OH 44308
Phone 330-375-5739 Fax: 330-375-5738
E-mail: alvaro_decola@fd.org